IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KENNETH CARTER                                                                PLAINTIFF

v.                              No. 3:21-cv-154-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head
Nurse; and DOES                                                              DEFENDANTS

## JUDGMENT

Carter's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2021